FILED: AUGUST 22, 2008
08CV4816
JUDGE KENNELLY
MAGISTRATE JUDGE SCHENKIER
BR

**JS 44** (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Amir Pouya

**DEFENDANTS**
Michael Mukasey, Attorney General, et. al.

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: District of Columbia
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Michael C. Goode
11 S. LaSalle Street, Suite 2802, Chicago, IL 60602

Attorneys (If Known)

## II. BASIS OF JURISDICTION
☒ 2 U.S. Government Defendant

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

## IV. NATURE OF SUIT
890 Other Statutory Actions (checked)

## V. ORIGIN
☒ 1 Original Proceeding

## VI. CAUSE OF ACTION
Brief description of cause:
Mandamus to compel issuance of citizenship.

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: ☒ No

## VIII. RELATED CASE(S) IF ANY

DATE: 05/23/2008
SIGNATURE OF ATTORNEY OF RECORD: Michael C. Goode