# United States District Court for the Northern District of Illinois

Case Number: 08CV4816            Assigned/Issued By: DAJ

Judge Name: KENNELLY            Designated Magistrate Judge: SCHENKIER

## FEE INFORMATION

Amount Due:  [✓] $350.00    [ ] $39.00    [ ] $5.00
             [ ] IFP        [ ] No Fee    [ ] Other _____
             [ ] $455.00

Number of Service Copies _____            Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00            Receipt #: 4624007751

Date Payment Rec'd: 08/22/08   Fiscal Clerk: DAJ

## ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons
                                         _____
                                         (Victim, Against and $ Amount)
[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

4 Original and 0 copies on 08/22/08 as to US CITIZENSHIP,
                             (Date)
CHERTOFF, DOROCHOF, MUKASEY.